| ✎PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>0104 3:19CR00291-001 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Jose Gonzalez-Melendez | DISTRICT<br>District of Puerto Rico | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Hon. Gustavo A. Gelpi, District Judge | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>06/22/2023 | TO<br>08/22/2024 |

| OFFENSE |
|---|
| 18:922(o) & 924(a)(2) Possession of a machinegun.<br><br>18: 922(g)(3) & 2 A/A Possession of a firearm by a prohibited person: drug user. |

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Puerto Rico___

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Connecticut___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

01. 22. 2024
_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___District___ DISTRICT OF ___Connecticut___

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___January 22, 2024___
*Effective Date*

___/s/Michael P. Shea, Chief U.S. District Judge, District of CT___
*United States District Judge*

# United States District Court
## District of Puerto Rico (San Juan)
## CRIMINAL DOCKET FOR CASE #: 3:19–cr–00291–SCC All Defendants

Case title: USA v. Gonzalez–Melendez et al

Magistrate judge case number:  3:19–mj–00842–CVR

Date Filed: 05/09/2019

Date Terminated: 02/01/2021

Assigned to: Judge Silvia L.
Carreno–Coll

**Defendant (1)**

| | | |
|---|---|---|
| **Jose Gonzalez–Melendez**<br>*TERMINATED: 02/01/2021* | represented by | **Federal Public Defender Office**<br>241 Franklin D Roosevelt<br>3rd Floor<br>San Juan, PR 00918<br>787–281–4922<br>Fax: 787–281–4899<br>Email: prx_notifications@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender* |
| | | **Isabel A. Mattina–Leal**<br>Federal Public Defender's Office<br>District of Puerto Rico<br>Patio Gallery Building<br>241 F.D. Roosevelt Avenue<br>San Juan, PR 00918–2441<br>787–281–4922<br>Fax: 787–281–4899<br>Email: isabel_mattina@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender* |
| | | **Laura I. Soto–Santiago**<br>Federal Public Defender's Office<br>Patio Gallery Building<br>241 Franklin D. Roosevelt Ave.<br>Hato Rey, PR 00918–2441<br>787–281–4922<br>Fax: 787–281–4899<br>Email: laura_soto@fd.org<br>*TERMINATED: 07/06/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender* |
| | | **Victor J. Gonzalez–Bothwell – INACTIVE**<br>Federal Public Defender's Office<br>Patio Gallery Building<br>241 Franklin D. Roosevelt Ave.<br>Hato Rey, PR 00918–2441<br>787–281–4922<br>Fax: 787–281–4899<br>Email: PRX_Notifications@fd.org |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(o) AND 924(a)(2) POSSESSION OF A MACHINEGUN (1s) | IMPR: Time Served. SRT: Three (3) years. No fine. SMA: $200.00. Forfeiture. JUDGMENT ON REVOCATION: IMPR: Time served. SRT: Fourteen (14) months under the same conditions of supervision imposed on February 1, 2021, and two additional conditions. |
| 18:2, 922(g)(3), AND 924(a)(2) POSSESSION OF A FIREARM AND AMMUNITION BY A PROHIBITED PERSON(DRUG USER) (2s) | IMPR: Time Served. SRT: Three (3) years. No fine. SMA: $200.00. Forfeiture. JUDGMENT ON REVOCATION: IMPR: Time served. SRT: Fourteen (14) months under the same conditions of supervision imposed on February 1, 2021, and two additional conditions. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922(o)and 924(a)(2) POSSESSION OF A MACHINEGUN (1) | Superseded |
| 18:922(g)(3) and 924(a)(2) POSSESSION OF A FIREARM AND AMMUNITION BY A PROHIBITED PERSON (DRUG USER) (2) | Superseded |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:922(0) and 2 A/A Possession of a Machinegun | |

---

Assigned to: Judge Silvia L. Carreno–Coll

**Defendant (2)**

| **Alex Catala–Aguayo**<br>*TERMINATED: 02/06/2020* | represented by | **Jose F. Irizarry–Perez**<br>Calle Hatillo #55<br>San Juan, PR 00918<br>787–613–9666<br>Email: fernandoipcourt@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
|---|---|---|

| **Pending Counts** | **Disposition** |
|---|---|

18:2, 922(g)(3), AND 924(a)(2)
POSSESSION OF A FIREARM
AND AMMUNITION BY A
PROHIBITED PERSON(DRUG
USER)
(2s)

IMPR: Time Served. SRT: Three (3) years. No fine.
SMA: $100.00. Forfeiture.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:922(g)(3) and 924(a)(2) POSSESSION OF A FIREARM AND AMMUNITION BY A PROHIBITED PERSON (DRUG USER) (2) | Superseded |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| 18:922(0) and 2 A/A Possession of a Machinegun, 18:922(g)(3) Drug User in Possession of a Fireman | |

**Interested Party**

**US Probation Office**

**Plaintiff**

| **USA** | represented by | **Cristina Caraballo–Colon – INACTIVE** |
| --- | --- | --- |

U.S Attorney Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave.
San Juan, PR 00918
787–766–5656
Fax: 787–771–4050
Email: USAPR.InactiveAUSA@usdoj.gov
*LEAD ATTORNEY*
*Designation: AUSA Designation*

**Pedro R. Casablanca–Sagardia**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–282–1824
Email: pedro.r.casablanca@usdoj.gov
*TERMINATED: 02/01/2021*
*LEAD ATTORNEY*
*Designation: AUSA Designation*

**Jorge L. Matos**

United States Attorneys Office
District of Puerto Rico
350 Carlos Chardon Ave.
Suite 1201
San Juan, PR 00918
787–766–5656 787–340–1590
Fax: 787–766–6219
Email: jorge.l.matos2@usdoj.gov
*TERMINATED: 06/26/2023*
*ATTORNEY TO BE NOTICED*
*Designation: AUSA Designation*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/27/2019 | 1 | COMPLAINT as to Jose Gonzalez–Melendez (1), Alex Catala–Aguayo (2). (Attachments: # 1 Affidavit) (gmm) [3:19–mj–00842–CVR] (Entered: 04/29/2019) |
| 04/27/2019 | 2 | *RESTRICTED* Arrest Warrant Issued by US Magistrate Judge Camille L. Velez–Rive in case as to Jose Gonzalez–Melendez (1), Alex Catala–Aguayo (2). (gmm) [3:19–mj–00842–CVR] (Entered: 04/29/2019) |
| 04/29/2019 | | Arrest of Jose Gonzalez–Melendez (1), Alex Catala–Aguayo (2). (dv) [3:19–mj–00842–CVR] (Entered: 04/30/2019) |
| 04/29/2019 | 3 | *RESTRICTED* CJA 23 Financial Affidavit by Jose Gonzalez–Melendez (1). (dv) [3:19–mj–00842–CVR] (Entered: 04/30/2019) |
| 04/29/2019 | 5 | Minute Entry for proceedings held before US Magistrate Judge Bruce J. McGiverin: Initial Appearance as to Jose Gonzalez–Melendez (1), Alex Catala–Aguayo (2) held on 4/29/2019. Defendants are present in court and are being assisted by a certified court interpreter. AFPD Edwin Mora, Atty. Jose Irizarry and USPO August Castro are also present in court. Defendants were provided with copy of the Complaint and advised as to their rights. Also, defendants were advised of the applicable minimum and maximum statutory penalties that they are exposed to if convicted of the charges in the Complaint. After reviewing the CJA–23 form filled by defendant #1, the Court deemed it appropriate to appoint counsel. Defendant will be represented by Federal Public Defender. Defendant #2 retained the services of Atty. Jose F. Irizarry. Defendants ordered temporarily detained. **Detention Hearing set for 5/2/2019 09:00 AM in Courtroom 9 before US Magistrate Judge Bruce J. McGiverin. Preliminary Examination set for 5/13/2019 01:30 PM in Courtroom 9 before US Magistrate Judge Bruce J. McGiverin.** (Court Reporter DCR / Courtroom 9.)Hearing held at 03:47.Hearing ended at 03:52.Interpreter Felix Toledo. (dv) [3:19–mj–00842–CVR] (Entered: 04/30/2019) |
| 04/29/2019 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jose Gonzalez–Melendez (1) Eric A. Vos for Jose Gonzalez–Melendez appointed. Signed by US Magistrate Judge Bruce J. McGiverin on 04/29/2019.(dv) [3:19–mj–00842–CVR] (Entered: 04/30/2019) |
| 04/29/2019 | 7 | ORDER scheduling detention hearing as to Jose Gonzalez–Melendez (1). Defendant is TEMPORARILY DETAINED pending hearing. Signed by US Magistrate Judge Bruce J. McGiverin on 04/29/2019.(dv) [3:19–mj–00842–CVR] (Entered: 04/30/2019) |
| 04/29/2019 | 9 | ***SELECTED PARTIES***NOTICE to MDC as to Jose Gonzalez–Melendez (1) re defendant's health conditions. S/C sent to MDC Guaynabo and Bayamon. Signed by Clerk on 04/29/2019.(dv) [3:19–mj–00842–CVR] (Entered: 04/30/2019) |
| 04/29/2019 | 4 | NOTICE OF ATTORNEY APPEARANCE: Jose F. Irizarry–Perez appearing for Alex Catala–Aguayo (2). (dv) [3:19–mj–00842–CVR] (Entered: 04/30/2019) |
| 04/29/2019 | 8 | ORDER scheduling detention hearing as to Alex Catala–Aguayo (2). Defendant is TEMPORARILY DETAINED pending hearing. Signed by US Magistrate Judge Bruce J. McGiverin on 04/29/2019.(dv) [3:19–mj–00842–CVR] (Entered: 04/30/2019) |

| 04/30/2019 | 10 | NOTICE OF ATTORNEY APPEARANCE: Victor J. Gonzalez–Bothwell appearing for Jose Gonzalez–Melendez (Gonzalez–Bothwell, Victor) [3:19–mj–00842–CVR] (Entered: 04/30/2019) |
|---|---|---|
| 05/02/2019 | 11 | Minute Entry for proceedings held before US Magistrate Judge Bruce J. McGiverin: Detention Hearing as to Jose Gonzalez–Melendez (1) held on 5/2/2019. Present: AUSA Jeanette Collazo, AFPD Victor Gonzalez, USPO August Castro. Government moved for detention. AFPD Gonzalez argued for bail. Matter under advisement. (Court Reporter DCR / Courtoom 9.)Hearing set for 09:00.Hearing held at 09:15.Hearing ended at 09:20.Interpreter Olga Uribe. (dv) [3:19–mj–00842–CVR] (Entered: 05/06/2019) |
| 05/02/2019 | 12 | Minute Entry for proceedings held before US Magistrate Judge Bruce J. McGiverin: Detention Hearing as to Alex Catala–Aguayo (2) held on 5/2/2019. Present: AUSA Jeanette Collazo, Atty. Jose Irizarry, USPO August Castro. Defendant was U/C, present in court and assisted by a certified court interpreter. Government moved for detention. Defense counsel argued for bail. Matter under advisement.  (Court Reporter DCR / Courtroom 9.)Hearing set for 09:00.Hearing held at 09:25.Hearing ended at 09:36.Interpreter Olga Uribe. (dv) [3:19–mj–00842–CVR] (Entered: 05/06/2019) |
| 05/09/2019 | 13 | ORDER OF DETENTION PENDING TRIAL as to Jose Gonzalez–Melendez (1). Signed by US Magistrate Judge Bruce J. McGiverin on 5/9/2019. (jm) [3:19–mj–00842–CVR] (Entered: 05/09/2019) |
| 05/09/2019 | 14 | ORDER OF DETENTION PENDING TRIAL as to Alex Catala–Aguayo (2).  Signed by US Magistrate Judge Bruce J. McGiverin on 5/9/2019. (jm) [3:19–mj–00842–CVR] (Entered: 05/09/2019) |
| 05/09/2019 | 15 | INDICTMENT as to Jose Gonzalez–Melendez (1) count(s) 1, 2, Alex Catala–Aguayo (2) count(s) 2. (gmm) (Additional attachment(s) added on 5/10/2019: # 1 NPV Indictment) (gmm). (Entered: 05/10/2019) |
| 05/09/2019 | 16 | Minute Entry for proceedings held before US Magistrate Judge Marcos E. Lopez:Return of Indictment by Grand Jury as to Jose Gonzalez–Melendez (1), Alex Catala–Aguayo (2) held on 5/9/2019.  **Arraignment set for 5/13/2019 01:30 PM in Courtroom 9 before US Magistrate Judge Bruce J. McGiverin.** Defendant is under custody. (Court Reporter DCR.) (gmm) (Entered: 05/10/2019) |
| 05/13/2019 | 17 | Minute Entry for proceedings held before US Magistrate Judge Bruce J. McGiverin: Arraignment as to Jose Gonzalez–Melendez (1) Count 1,2 and Alex Catala–Aguayo (2) Count 2 held on 5/13/2019. Present: AUSA Pedro Casablanca, AFPD Victor Gonzalez, Atty. Jose Irizarry. Defendants are U/C, present in court and assisted by a certified court interpreter. Defendants were found competent to understand the proceedings. They waived the reading of the Indictment and entered a plea of not guilty as to all applicable counts. The Government has 7 days to produce discovery and the defense has 14 days thereafter to file motions. Case is referred to Judge Gustavo A. Gelpi for further proceedings.  (Court Reporter DCR / Courtroom 9.)Hearing set for 01:30.Hearing held at 01:42.Hearing ended at 01:46.Interpreter Felix Toledo. (dv) (Entered: 05/21/2019) |
| 06/03/2019 | 18 | INFORMATIVE Motion regarding informal discovery by Alex Catala–Aguayo. Responses due by 6/17/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Irizarry–Perez, Jose) (Entered: 06/03/2019) |
| 06/03/2019 | 19 | ORDER: Noted 18 Informative Motion as to Alex Catala–Aguayo (2).  Signed by Judge Gustavo A. Gelpi on 6/3/2019. (AGF) (Entered: 06/03/2019) |
| 06/11/2019 | 20 | **STANDING ORDERS:** (1) SPEEDY TRIAL ACT, (2) DISCOVERY MOTIONS IN CRIMINAL CASES, (3) COMMUNICATIONS BY COUNSEL OR THEIR STAFF WITH JUDGE GELPI'S CHAMBERS' STAFF, (4) CODE OF CIVILITY. (gmm) (Entered: 06/11/2019) |
| 06/14/2019 | 21 | ORDER as to Jose Gonzalez–Melendez (1), Alex Catala–Aguayo (2). **Status Conference set for 6/20/2019 at 02:00 PM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 6/14/2019.(sc) (Entered: 06/14/2019) |

| 06/19/2019 | 22 | MOTION Requesting Order *for first call at Status Hearing* re 21 Order,, Set/Reset Hearings, by Alex Catala−Aguayo. Responses due by 7/3/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Irizarry−Perez, Jose) (Entered: 06/19/2019) |
|---|---|---|
| 06/20/2019 | 23 | ORDER noted 22 Motion Requesting Order as to Alex Catala−Aguayo (2)Signed by Judge Gustavo A. Gelpi on 6/20/2019. (sc) (Entered: 06/20/2019) |
| 06/20/2019 | 24 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Jose Gonzalez−Melendez (1), Alex Catala−Aguayo (2) held on 6/20/2019. Present: AUSA John Hutchins, AFPD Victor Gonzalez and Defense Attorney Jose Irizarry. The government informed that discovery had been provided and that laboratory reports were still pending. The government also stated that a plea offer will be tendered. **Outstanding laboratory report and nexus data due by 8/1/2019. Further Status Conference set for 10/2/2019 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference. (Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 02:25. Hearing ended at 02:25. (sc) (Entered: 06/21/2019) |
| 07/02/2019 | 25 | *RESTRICTED* Arrest Warrant Returned Executed on 4/29/19 in case as to Jose Gonzalez−Melendez (1). (cmd) (Entered: 07/03/2019) |
| 07/02/2019 | 26 | *RESTRICTED* Arrest Warrant Returned Executed on 4/29/19 in case as to Alex Catala−Aguayo (2). (cmd) (Entered: 07/03/2019) |
| 07/02/2019 | 27 | *RESTRICTED* Arrest Warrant Returned Executed on 4/29/19 in case as to Alex Catala−Aguayo (2). (gmm) (Entered: 07/30/2019) |
| 10/02/2019 | 28 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Jose Gonzalez−Melendez (1), Alex Catala−Aguayo (2) held on 10/2/2019. Present: AUSA Richard Passanisi and AFPD Coral Rodriguez. The government informed that laboratory reports were still pending and that plea negotiations were ongoing. **Pending discovery due by 11/10/2019. Further Status Conference set for 1/13/2020 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference. (Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 09:26.Hearing ended at 09:27. (sc) (Entered: 10/09/2019) |
| 10/25/2019 | 29 | SUPERSEDING INDICTMENT as to Jose Gonzalez−Melendez (1) count(s) 1s, 2s, Alex Catala−Aguayo (2) count(s) 2s. (mcm) (Additional attachment(s) added on 10/29/2019: # 1 NPV Superseding Indictment) (mcm). (Entered: 10/29/2019) |
| 10/25/2019 | 30 | Minute Entry for proceedings held before US Magistrate Judge Bruce J. McGiverin: Return of Indictment by Grand Jury as to Jose Gonzalez−Melendez (1), Alex Catala−Aguayo (2) held on 10/25/2019. **Arraignment set for 10/31/2019 at 9:00 AM in Courtroom 9 before US Magistrate Judge Bruce J. McGiverin.** Defendant's are under custody. (Court Reporter DCR.) (mcm) (Entered: 10/29/2019) |
| 10/30/2019 | 31 | ORDER as to Jose Gonzalez−Melendez (1), Alex Catala−Aguayo (2): **Arraignment set for 10/31/2019 will be held at 11:00 AM in Courtroom 9 before US Magistrate Judge Bruce J. McGiverin.** Signed by US Magistrate Judge Bruce J. McGiverin on 10/30/2019. (bgl) (Entered: 10/30/2019) |
| 10/31/2019 | 32 | Minute Entry for proceedings held before US Magistrate Judge Bruce J. McGiverin: Arraignment as to Jose Gonzalez−Melendez (1) Counts 1s,2s and Alex Catala−Aguayo (2) Count 2s held on 10/31/2019. Present: AUSA Jonathan Gottfried, AFPD Victor Gonzalez, Atty. Jose Irizarry. Defendants were U/C, present in court and assisted by a certified court interpreter. Defendants were found competent to understand the proceedings. They waived the reading of the Indictment and entered a plea of not guilty as to all applicable counts. The Government has 7 days to produce discovery and the defense has 14 days thereafter to file motions. Case is referred to Judge Gustavo A. Gelpi for further proceedings. Defendant Jose Gonzalez−Melendez (1), who is currently being housed at Bayamon 705, is requesting through counsel to be transferred to MDC Guaynabo. Defense counsel will file a motion to that effect |

| | | |
|---|---|---|
| | | should it be necessary. (Court Reporter DCR/ Courtroom 9.) Hearing set for 11:00. Hearing held at 11:14. Hearing ended at 11:17. Interpreter Annie Flores. (bgl) (Entered: 11/07/2019) |
| 11/25/2019 | 33 | MOTION for change of plea by Alex Catala−Aguayo. Responses due by 12/9/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Irizarry−Perez, Jose) (Entered: 11/25/2019) |
| 11/25/2019 | 34 | ORDER REFERRING MOTION: as to Alex Catala−Aguayo (2) 33 MOTION for change of plea filed by Alex Catala−Aguayo TO MAGISTRATE JUDGE for hearing, report and recommendation. Signed by Judge Gustavo A. Gelpi on 11/25/2019.(sc) (Entered: 11/25/2019) |
| 11/25/2019 | 35 | MEMORANDUM OF THE CLERK as to Alex Catala−Aguayo (2): By Order of Judge Gustavo A. Gelpi (Docket No. 34), the 33 MOTION for change of plea has been randomly referred within the case assignment system to U.S. Magistrate Judge Marshal D. Morgan for hearing, and Report and Recommendation. Signed by Clerk on 11/25/2019. (ft) (Entered: 11/25/2019) |
| 11/26/2019 | 36 | ORDER as to Alex Catala−Aguayo (2): **Change of Plea Hearing is hereby set for 12/5/2019 at 9:30 AM in Courtroom 6 before US Magistrate Judge Marshal D. Morgan.** Signed by US Magistrate Judge Marshal D. Morgan on 11/26/2019. (cml) (Entered: 11/26/2019) |
| 12/04/2019 | 37 | ORDER as to Alex Catala−Aguayo (2): As per defense counsel's verbal request, the **Change of Plea Hearing set for tomorrow December 5, 2019, will be held at 11:00 AM in Courtroom 6 before US Magistrate Judge Marshal D. Morgan.** Signed by US Magistrate Judge Marshal D. Morgan on 12/4/2019. (cml) (Entered: 12/04/2019) |
| 12/05/2019 | 38 | WAIVER of Right to Trial by Jury and Consent to Proceed before a U.S. Magistrate Judge by Alex Catala−Aguayo (2). (lod) (Entered: 12/10/2019) |
| 12/05/2019 | 39 | PLEA AND FORFEITURE AGREEMENT as to Alex Catala−Aguayo (2). (lod) (Entered: 12/10/2019) |
| 12/05/2019 | 40 | ***EX−PARTE***PLEA AGREEMENT SUPPLEMENT as to Alex Catala−Aguayo (2). (lod) (Entered: 12/10/2019) |
| 12/05/2019 | 41 | Minute Entry for proceedings held before US Magistrate Judge Marshal D. Morgan:Change of Plea Hearing as to Alex Catala−Aguayo (2) held on 12/5/2019. Present: AUSA Ginette Milanes (for Pedro Casablanca) and defense counsel Jose Irizarry. The defendant was present, under custody and assisted by a certified court interpreter. Waiver of JT and Consent to Proceed before U.S. Magistrate Judge was filed and accepted in open court. The defendant was found competent to plea. The defendant was advised of the maximum penalties he is facing, his constitutional rights, consequences of waiving his constitutional rights and the applicable statutory guidelines. After having heard the parties, the Magistrate Judge will issue a Report and Recommendation to U.S. District Judge Gustavo A. Gelpi so that the guilty plea as to Count Two (2) of the Superseding Indictment be accepted. PSR was ordered. The defendant shall remain detained pending sentencing. Attorney Irizarry moved for an expedited PSR. He also requested that the Sentencing Hearing be advanced. The Court instructed defense counsel to file a motion directing both requests to the Presiding Judge. **Sentencing Hearing set for 3/4/2020 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** (Court Reporter DCR−Courtroom 6.)Hearing set for 11:00.Hearing held at 11:35.Hearing ended at 12:07.Interpreter Ani Navarro. (lod) (Entered: 12/10/2019) |
| 12/12/2019 | 42 | MOTION Requesting Order *for expedited PSR and Advance of Sentencing Hearing* by Alex Catala−Aguayo. Responses due by 12/26/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Irizarry−Perez, Jose) (Entered: 12/12/2019) |
| 12/16/2019 | 43 | ORDER denying 42 Motion Requesting Order as to Alex Catala−Aguayo (2)Signed by Judge Gustavo A. Gelpi on 12/16/2019. (sc) (Entered: 12/16/2019) |
| 12/17/2019 | 44 | REPORT AND RECOMMENDATIONS on Plea of Guilty as to Alex Catala−Aguayo (2). **Objections to R&R due by 1/2/2020.** Signed by US Magistrate Judge Marshal D. Morgan on 12/5/2019. (cml) (Entered: 12/17/2019) |

| 01/13/2020 | 46 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Jose Gonzalez–Melendez (1) held on 1/13/2020. Present: AUSA Pedro Casablanca and AFPD Victor Gonzalez. The government informed that discovery had been provided and a plea offer will be sent. **Further Status Conference set for 5/11/2020 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference. (Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:30. Hearing ended at 10:31. (sc) (Entered: 01/22/2020) |
| --- | --- | --- |
| 01/22/2020 | 45 | ORDER ADOPTING REPORT AND RECOMMENDATION as to Alex Catala–Aguayo (2) for 44 Report and Recommendations on Guilty Plea.  Signed by Judge Gustavo A. Gelpi on 1/22/2020.(sc) (Entered: 01/22/2020) |
| 01/27/2020 | 47 | ***SELECTED PARTIES*** NOTICE of Disclosure of PSR Pursuant to Local Rule 132, the U.S. Probation Officer makes disclosure of the presentence report for the defendant of record. According to said rule, any inaccuracies or discrepancies should be reported to the Probation Officer within 14 days from disclosure of the document. Since the presentence report is a Court Document, its contents must not be recorded or otherwise disseminated to third parties in any manner, by USA, U.S. Probation Officer, Alex Catala–Aguayo (U.S. Probation Officer, Alexandra Nazario) (Entered: 01/27/2020) |
| 01/30/2020 | 48 | Consent MOTION for Hearing *to Advance Sentencing Hearing date* by Alex Catala–Aguayo. Responses due by 2/13/2020. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Irizarry–Perez, Jose) (Entered: 01/30/2020) |
| 01/30/2020 | 49 | ORDER granting 48 Motion for Hearing as to Alex Catala–Aguayo (2) **Sentencing Hearing is ADVANCED for 2/6/2020 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**Signed by Judge Gustavo A. Gelpi on 1/30/2020. (sc) (Entered: 01/30/2020) |
| 01/31/2020 | 50 | MOTION to Continue *(Same date, hour continuance)* by Alex Catala–Aguayo. Responses due by 2/14/2020. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Irizarry–Perez, Jose) (Entered: 01/31/2020) |
| 01/31/2020 | 51 | ***SELECTED PARTIES*** NOTICE of Filing of Addendum to the PSR. The addendum to the presentence investigation report has been filed in compliance with Rule 32 of the Federal Rules of Criminal Procedure by USA, U.S. Probation Officer, as to Alex Catala–Aguayo (U.S. Probation Office Staff, Rebecca Perez) (Entered: 01/31/2020) |
| 02/03/2020 | 52 | ***SELECTED PARTIES***SENTENCING MEMORANDUM by USA, U.S. Probation Officer, Alex Catala–Aguayo as to Alex Catala–Aguayo (Irizarry–Perez, Jose) (Entered: 02/03/2020) |
| 02/03/2020 | 53 | MOTION to Restrict Document *Docket Entry #52* by Alex Catala–Aguayo. Responses due by 2/18/2020. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Irizarry–Perez, Jose) (Entered: 02/03/2020) |
| 02/04/2020 | 54 | ORDER noted 50 Motion to Continue as to Alex Catala–Aguayo (2); granting 53 Motion to Restrict as to Alex Catala–Aguayo (2). Sentencing Hearing will be called last. Signed by Judge Gustavo A. Gelpi on 2/4/2020. (sc) (Entered: 02/04/2020) |
| 02/06/2020 | 55 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Sentencing held on 2/6/2020 for Alex Catala–Aguayo (2). Present: AUSA Cesar Rivera and Defense Counsel Jose Irizarry. Defendant was present, under custody and assisted by the court interpreter. Count(s) 2s, IMPR: Time Served. SRT: Three (3) years. No fine. SMA: $100.00. Forfeiture.  (Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:25. Hearing ended at 10:36. Interpreter Virginia Santamaria. (sc) (Entered: 02/06/2020) |
| 02/06/2020 | 56 | JUDGMENT as to Alex Catala–Aguayo (2), Count(s) 2s, IMPR: Time Served. SRT: Three (3) years. No fine. SMA: $100.00. Forfeiture.  Signed by Judge Gustavo A. Gelpi on 2/6/2020.(sc) (Entered: 02/06/2020) |

| | | |
|---|---|---|
| 05/07/2020 | 57 | ORDER as to Jose Gonzalez–Melendez (1). The parties shall file an informative motion by **6/1/2020** regarding the status of the case. **Status Conference is RESET for 8/13/2020 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** This period will be excluded under the STA in the interest of justice given the Covid–19 public emergency. Signed by Judge Gustavo A. Gelpi on 5/7/2020.(sc) (Entered: 05/07/2020) |
| 06/01/2020 | <u>58</u> | Joint INFORMATIVE Motion by USA, Jose Gonzalez–Melendez. Responses due by 6/15/2020. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Casablanca–Sagardia, Pedro) Modified on 6/2/2020 to add filer (gmm). (Entered: 06/01/2020) |
| 06/01/2020 | 59 | ORDER: Noted <u>58</u> Informative Motion as to Jose Gonzalez–Melendez (1).  Signed by Judge Gustavo A. Gelpi on 6/1/2020. (AGF) (Entered: 06/01/2020) |
| 08/06/2020 | 60 | ORDER as to Jose Gonzalez–Melendez (1). Given that the courthouse will be closed until September 7, 2020. The parties shall file a joint informative motion by **9/15/2020** regarding the status of the case. **Status Conference is RESET for 11/17/2020 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** This period will be excluded under the STA in the interest of justice given the Covid–19 public emergency. Signed by Judge Gustavo A. Gelpi on 8/6/2020.(sc) (Entered: 08/06/2020) |
| 09/01/2020 | <u>61</u> | MOTION for change of plea by Jose Gonzalez–Melendez. Responses due by 9/15/2020. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Gonzalez–Bothwell, Victor) (Entered: 09/01/2020) |
| 09/02/2020 | 62 | ORDER granting <u>61</u> Motion for Change of Plea as to Jose Gonzalez–Melendez (1) **Change of Plea Hearing set for 9/25/2020 10:00 AM in VTC Bridge GAG before Judge Gustavo A. Gelpi.** Further instructions will follow by email. Signed by Judge Gustavo A. Gelpi on 9/2/2020. (sc) (Entered: 09/02/2020) |
| 09/24/2020 | 63 | ORDER as to Jose Gonzalez–Melendez. **Change of Plea Hearing is RESET for 10/2/2020 at 10:30 AM in VTC Bridge GAG before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 9/24/2020.(sc) (Entered: 09/24/2020) |
| 10/02/2020 | 64 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Change of Plea Hearing as to Jose Gonzalez–Melendez (1) held on 10/2/2020. Present: AUSA Vanessa Bonhomme and AFPD Victor Gonzalez. Defendant was under custody and assisted by the court interpreter. The defendant waived his right to appear physically for this proceeding and agreed to proceed with the hearing via VTC. The defendant was found competent to plea and advised of the maximum penalties he was facing, his constitutional rights, consequences of waiving his constitutional rights and the applicable statutory guidelines. Plea entered by Jose Gonzalez–Melendez (1) Guilty Count 1s,2s. The Court ordered the preparation of the Pre–Sentence Investigation Report. The Court granted bond to the defendant and referred the matter of conditions of release to the US Magistrate Judge on duty. **Sentencing Hearing set for 1/26/2021 at 10:00 AM in VTC Bridge GAG before Judge Gustavo A. Gelpi.** (Court Reporter Evilys Carrion.) Hearing set for 10:30. Hearing held at 10:30. Hearing ended at 10:53. Interpreter Felix Toledo. (sc) (Entered: 10/02/2020) |
| 10/02/2020 | <u>65</u> | ORDER Setting Conditions of Release as to Jose Gonzalez–Melendez (1) $5,000.00 unsecured.  Signed by US Magistrate Judge Camille L. Velez–Rive on 10/2/2020.(gmm) (Entered: 10/05/2020) |
| 10/02/2020 | <u>66</u> | *RESTRICTED* Appearance Bond Entered as to Jose Gonzalez–Melendez (1) in amount of $ 5,000.00 unsecured. (gmm) (Entered: 10/05/2020) |
| 12/10/2020 | <u>67</u> | ***SELECTED PARTIES*** NOTICE of Disclosure of PSR Pursuant to Local Rule 132, the U.S. Probation Officer makes disclosure of the presentence report for the defendant of record. According to said rule, any inaccuracies or discrepancies should be reported to the Probation Officer within 14 days from disclosure of the document. Since the presentence report is a Court Document, its contents must not be recorded or otherwise disseminated to third parties in any manner, by USA, U.S. Probation Officer, Jose Gonzalez–Melendez (U.S. Probation Officer, Alexandra Nazario) (Entered: 12/10/2020) |

| 01/12/2021 | 68 | ORDER as to Jose Gonzalez−Melendez (1). **Sentencing Hearing is RESET for 2/3/2021 at 11:00 AM in VTC Bridge GAG before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 1/12/2021.(sc) (Entered: 01/12/2021) |
|---|---|---|
| 01/28/2021 | 69 | ORDER as to Jose Gonzalez−Melendez (1). **Sentencing Hearing is ADVANCED for 2/1/2021 at 11:00 AM in VTC Bridge GAG before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 1/28/2021.(sc) (Entered: 01/28/2021) |
| 01/29/2021 | 70 | SENTENCING MEMORANDUM by Jose Gonzalez−Melendez (Gonzalez−Bothwell, Victor) (Entered: 01/29/2021) |
| 01/29/2021 | 71 | NOTICE OF ATTORNEY APPEARANCE: Cristina Caraballo−Colon appearing for USA. (Caraballo−Colon, Cristina) (Entered: 01/29/2021) |
| 02/01/2021 | 72 | MOTION to Withdraw as Attorney by Pedro R. Casablanca. by USA as to Jose Gonzalez−Melendez, Alex Catala−Aguayo. Responses due by 2/16/2021. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Casablanca−Sagardia, Pedro) (Entered: 02/01/2021) |
| 02/01/2021 | 73 | ORDER: Granting 72 Motion to Withdraw as Attorney. AUSA Pedro R. Casablanca−Sagardia withdrawn from case as to Jose Gonzalez−Melendez (1) and Alex Catala−Aguayo (2). Signed by Judge Gustavo A. Gelpi on 2/1/2021. (MES) (Entered: 02/01/2021) |
| 02/01/2021 | 74 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Sentencing held on 2/1/2021 for Jose Gonzalez−Melendez (1). Present: SAUSA Cristina Caraballo and AFPD Victor Gonzalez. Defendant was under custody and assisted by the court interpreter. The defendant waived his right to appear physically for this proceeding and agreed to proceed with the hearing via VTC. Count(s) 1s,2s IMPR: Time Served. SRT: Three (3) years. No fine. SMA: $200.00. Forfeiture.  (Court Reporter Evilys Carrion.)Hearing set for 11:00.Hearing held at 11:11.Hearing ended at 11:21.Interpreter Ani Navarro. (sc) (Entered: 02/03/2021) |
| 02/01/2021 | 75 | JUDGMENT as to Jose Gonzalez−Melendez (1), Count(s) 1s,2s IMPR: Time Served. SRT: Three (3) years. No fine. SMA: $200.00. Forfeiture.  Signed by Judge Gustavo A. Gelpi on 2/1/2021.(sc) (Entered: 02/03/2021) |
| 02/01/2021 | 79 | ***SELECTED PARTIES*** Statement of Reasons as to Jose Gonzalez−Melendez (1)  Signed by Judge Gustavo A. Gelpi on 2/1/2021.(sc) (Entered: 05/03/2021) |
| 03/31/2021 | 76 | Motion Notifying Violations of Supervised Release Conditions and Requesting the Issuance of an Arrest Warrant by U.S. Probation Officer as to Jose Gonzalez−Melendez (1). Responses due by 4/14/2021. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (U.S. Probation Officer, Rosangela Lugo) (Entered: 03/31/2021) |
| 04/13/2021 | 77 | ORDER noted 76 Informative Motion Notifying Violations of Supervision Conditions as to Jose Gonzalez−Melendez (1). **Defendant shall be brought before a Magistrate Judge for further proceedings.** Signed by Judge Gustavo A. Gelpi on 4/13/2021. Arrest warrant to be issued. (sc) (Entered: 04/13/2021) |
| 04/13/2021 | 78 | ***VACATED AS PER DE #83 ORDER****RESTRICTED* Arrest Warrant Issued by Judge Gustavo A. Gelpi in case as to Jose Gonzalez−Melendez (1). (sc) Modified on 6/9/2021 (mg). (Entered: 04/13/2021) |
| 06/08/2021 | 80 | MOTION Submitting *Withdrawal of Arrest Warrant* by Jose Gonzalez−Melendez. Responses due by 6/22/2021. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Gonzalez−Bothwell, Victor) (Entered: 06/08/2021) |
| 06/09/2021 | 81 | ORDER REFERRING MOTION: as to Jose Gonzalez−Melendez (1) 80 MOTION Submitting *Withdrawal of Arrest Warrant* filed by Jose Gonzalez−Melendez TO MAGISTRATE JUDGE on duty.  Signed by Judge Gustavo A. Gelpi on 6/9/2021.(sc) (Entered: 06/09/2021) |
| 06/09/2021 | 82 | MEMORANDUM OF THE CLERK as to Jose Gonzalez−Melendez (1): By order of Judge Gustavo A. Gelpi (Docket No. 81), the 80 MOTION for Withdrawal of Arrest Warrant is referred to Magistrate Judge Camille L. Velez−Rive, currently on duty. Signed by Clerk on 06/09/2021. (ft) (Entered: 06/09/2021) |

| 06/09/2021 | 83 | ORDER granting <u>80</u> Motion Submitting as to Jose Gonzalez−Melendez (1). **Arrest warrant is vacated.** USPO Rosangela Lugo confirmed that Defendant has agreed to voluntarily surrender tomorrow, June 10, 2021. Signed by US Magistrate Judge Camille L. Velez−Rive on 06/08/2021. (cvr) (Entered: 06/09/2021) |
|---|---|---|
| 06/10/2021 | 84 | Minute Entry for proceedings held before US Magistrate Judge Camille L. Velez−Rive: Initial Appearance re Revocation of Supervised Release as to Jose Gonzalez−Melendez (1) held via VTC on 6/10/2021. Present were AUSA Jorge Matos, AFPD Carlos Vazquez and AFPD Victor Gonzalez. The defendant was under custody, present by video and assisted by the Court Interpreter. He voluntarily waived the right to be physically present at the hearing and consented to proceed via VTC. The defendant was advised as to alleged violations contained in <u>76</u> Motion Notifying Violations to Supervised Release Term filed by USPO Rosangela Lugo and as to his rights. The Court deemed it appropriate to appoint counsel. The defendant shall be represented by the Federal Public Defender. Pursuant to the Due Process Protections Act, Pub. L. No. 116−182, 134 Stat. 894 (Oct. 21, 2020) and Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is reminded of its obligation to disclose in a timely manner all exculpatory evidence to the defendant[s], that is, all evidence that is favorable to the defendant[s] or tends to cast doubt on the United States case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court. It is so ordered.The defendant shall remain temporarily detained pending further proceedings. **Preliminary Revocation Hearing is set for 6/24/2021 at 10:30 AM via VTC Bridge before US Magistrate Judge Camille L. Velez−Rive.** (Court Reporter ZOOM.)Hearing set for 11:30 AM.Hearing held at 11:37 AM.Hearing ended at 11:42 AM.Interpreter Ani Navarro and Lisa Solis. (cmd) (Entered: 06/11/2021) |
| 06/10/2021 | 85 | ORDER as to Jose Gonzalez−Melendez (1): Pursuant to the Due Process Protections Act, Pub. L. No. 116−182, 134 Stat. 894 (Oct. 21, 2020) and Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is reminded of its obligation to disclose in a timely manner all exculpatory evidence to the defendant[s], that is, all evidence that is favorable to the defendant[s] or tends to cast doubt on the United States case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court. It is so ordered.  Signed by US Magistrate Judge Camille L. Velez−Rive on 6/10/2021. (cmd) (Entered: 06/11/2021) |
| 06/10/2021 | <u>86</u> | ORDER scheduling detention hearing as to Jose Gonzalez−Melendez (1). Defendant is TEMPORARILY DETAINED pending hearing. Signed by US Magistrate Judge Camille L. Velez−Rive on 6/10/2021.(cmd) (Entered: 06/11/2021) |
| 06/10/2021 | 87 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jose Gonzalez−Melendez (1).  Signed by US Magistrate Judge Camille L. Velez−Rive on 6/10/2021. (cmd) (Entered: 06/11/2021) |
| 06/14/2021 | <u>88</u> | NOTICE OF ATTORNEY APPEARANCE: Isabel A. Mattina−Leal appearing for Jose Gonzalez−Melendez (Mattina−Leal, Isabel) (Entered: 06/14/2021) |
| 06/14/2021 | <u>89</u> | NOTICE OF ATTORNEY APPEARANCE: Pedro R. Casablanca−Sagardia appearing for USA. *for the revocation matter of <u>1</u> Jose Gonzalez−Melendez* (Casablanca−Sagardia, Pedro) (Entered: 06/14/2021) |
| 06/15/2021 | <u>90</u> | MOTION to Withdraw as Attorney by SAUSA Cristina Caraballo. by USA as to Jose Gonzalez−Melendez, Alex Catala−Aguayo. Responses due by 6/29/2021. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Caraballo−Colon, Cristina) (Entered: 06/15/2021) |
| 06/16/2021 | 91 | ORDER Granting <u>90</u> Motion to Withdraw as Attorney by Cristina Caraballo−Colon withdrawn from case Number 19−291 as to Jose Gonzalez−Melendez (1), Alex Catala−Aguayo (2). Signed by Judge Gustavo A. Gelpi on 6/16/2021. (mb) (Entered: 06/16/2021) |

| 06/24/2021 | 92 | Minute Entry for proceedings held before US Magistrate Judge Camille L. Velez–Rive: Preliminary Revocation Hearing as to Jose Gonzalez–Melendez (1) held via VTC on 6/24/2021. Present were AUSA Pedro Casablanca, AFPD Isabel Mattina, AFPD Vivianne Marrero and USPO Rosangela Lugo. AFPD Mattina requested that the defendant be allowed to continue under the same conditions of release and to participate in a course offered by USPO that addresses domestic violence matters. The Government and USPO Lugo were in agreement. After having heard the parties, the Court granted defense counsel's request and ordered that the defendant be released under the same conditions of release previously imposed. The defendant shall also participate in the course offered by USPO. The Court urged the defendant to strictly comply with the conditions imposed.  (Court Reporter ZOOM.) Hearing set for 10:30 AM. Hearing held at 10:30 AM. Hearing ended at 10:39 AM. Interpreter Olga Uribe. (cmd) (Entered: 06/24/2021) |
| 05/02/2022 | 93 | MOTION to Withdraw as Attorney by USA as to Jose Gonzalez–Melendez (1). Responses due by 5/16/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Casablanca–Sagardia, Pedro) (Entered: 05/02/2022) |
| 05/02/2022 | 94 | MEMORANDUM OF THE CLERK: This case, previously assigned to Judge Gustavo A. Gelpi, elevated to the U.S. Court of Appeals for the First Circuit, has been randomly reassigned to the docket of Judge Silvia Carreno–Coll. Signed by Clerk on 05/02/2022. (gr) (Entered: 05/02/2022) |
| 05/04/2022 | 95 | NOTICE OF ATTORNEY APPEARANCE: Cristina Caraballo–Colon appearing for USA. (Caraballo–Colon, Cristina) (Entered: 05/04/2022) |
| 05/11/2022 | 96 | ORDER granting 93 Motion to Withdraw as Attorney as to Jose Gonzalez–Melendez (1). Signed by Judge Silvia L. Carreno–Coll on 5/11/2022. (MCV) (Entered: 05/11/2022) |
| 01/04/2023 | 97 | Motion Notifying Violations of Supervision Conditions and Requesting the Issuance of an Arrest Warrant by US Probation Office as to Jose Gonzalez–Melendez (1). Responses due by 1/18/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Lugo, Rosangela) (Entered: 01/04/2023) |
| 01/11/2023 | 98 | ORDER noted 97 Informative Motion Notifying Violations of Supervision Conditions and granting issuance of arrest warrant as to Jose Gonzalez–Melendez (1). Arrest warrant to be issued. Upon arrest, the defendant is to be brought before the Magistrate Judge on duty for an initial appearance and preliminary hearing as to violations of conditions of supervised release.  Signed by Judge Silvia L. Carreno–Coll on 1/11/2023. (ram) (Entered: 01/11/2023) |
| 01/11/2023 | 99 | *RESTRICTED* Arrest Warrant Issued by Judge Silvia L. Carreno–Coll in case as to Jose Gonzalez–Melendez (1). (ram) (Entered: 01/11/2023) |
| 05/10/2023 | 101 | Minute Entry for proceedings held before US Magistrate Judge Marshal D. Morgan: Initial Appearance re Revocation of Supervised Release as to Jose Gonzalez–Melendez (1) held on 5/10/2023. Present AUSA Jose Contreras and AFPD Samuel Carrion. The defendant was present, under custody and assisted by a certified court interpreter. The defendant was advised of the SRT violations alleged in the Motion filed by USPO Rosangela Lugo at Docket No. 97 . The defendant was also advised of his rights, including his right to a preliminary hearing. The Federal Public Defender was appointed to represent the defendant. Pursuant to the Due Process Protections Act, Pub. L. No. 116–182, 134 Stat. 894 (Oct. 21, 2020) and Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is reminded of its obligation to disclose in a timely manner all exculpatory evidence to the defendant[s], that is, all evidence that is favorable to the defendant[s] or tends to cast doubt on the United States' case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the exclusion of evidence, dismissal of the revocation proceedings regarding the alleged supervision release violations, contempt proceedings, disciplinary action, and/or sanctions by the Court. The Court ordered the defendant temporarily detained pending further proceedings. **Preliminary Revocation/Bail Hearing set for 5/23/2023 02:45 PM in Courtroom 10 before US Magistrate Judge Marshal D. Morgan.** Hearing set for 01:30.Hearing held at 05:21.Hearing ended at 05:23.Interpreter Lynmar Vera. (gav) Modified on 5/15/2023 to correct the type of |

| | | |
|---|---|---|
| | | hearing (gav). (Entered: 05/12/2023) |
| 05/10/2023 | 102 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jose Gonzalez–Melendez (1).  Signed by US Magistrate Judge Marshal D. Morgan on 5/10/2023.(gav) (Entered: 05/12/2023) |
| 05/10/2023 | 103 | ORDER scheduling detention hearing as to Jose Gonzalez–Melendez (1). Defendant is TEMPORARILY DETAINED pending hearing.  Signed by US Magistrate Judge Marshal D. Morgan on 5/10/2023.(gav) (Entered: 05/12/2023) |
| 05/10/2023 | 104 | *RESTRICTED* CJA 23 Financial Affidavit by Jose Gonzalez–Melendez (1) (gav) (Entered: 05/12/2023) |
| 05/12/2023 | 100 | NOTICE OF ATTORNEY APPEARANCE: Laura I. Soto–Santiago appearing for Jose Gonzalez–Melendez (1) (Soto–Santiago, Laura) (Entered: 05/12/2023) |
| 05/19/2023 | 105 | NOTICE OF ATTORNEY APPEARANCE: Jorge L. Matos appearing for USA. (Matos, Jorge) (Entered: 05/19/2023) |
| 05/23/2023 | 106 | Minute Entry for proceedings held before US Magistrate Judge Marshal D. Morgan: Preliminary Revocation Hearing as to Jose Gonzalez–Melendez (1) held on 5/23/2023. Present were AUSA Jorge Matos, AFPD Laura I. Soto–Santiago and USPO Rosangela Lugo. The defendant was present, under custody and assisted by a certified court interpreter. AFPD Soto–Santiago requested the matter of detention be held first and informed the Court that after discussions with the Government, they would request the defendant be released to the inpatient facility Guara Bi. USPO Lugo informed the Court that transportation arrangements have already been made for the defendant to be transferred to Guara B tomorrow at 10:00 AM. After having heard the parties, the Court accepted the recommendations and ordered the defendant be released directly to the officials of Guara Bi tomorrow, May 24, 2023 at 10:00 AM. The case was referred to U.S. District Judge Silvia Carreno–Coll for Final Revocation Hearing.  **Final Hearing on Revocation of Supervised Release to be set by the Presiding Judge.** (Court Reporter DCR/Courtroom 10.) Hearing set for 02:45. Hearing held at 02:53. Hearing ended at 02:56. Interpreter Carlos Lao. (aa) (Entered: 05/23/2023) |
| 05/25/2023 | 107 | ORDER as to Jose Gonzalez–Melendez (1):  **Hearing re Revocation of Supervised Release is set for 6/8/2023 at 9:00 AM in Courtroom 6 before Judge Silvia L. Carreno–Coll.** Signed by Judge Silvia L. Carreno–Coll on 5/25/2023. (mcv) (Entered: 05/25/2023) |
| 06/02/2023 | 108 | ORDER as to Jose Gonzalez–Melendez (1):  **Due to calendar conflict, the Hearing re Revocation of Supervised Release is reset for 6/22/2023 at 1:30 PM in Courtroom 6 before Judge Silvia L. Carreno–Coll.** Signed by Judge Silvia L. Carreno–Coll on 6/2/2023. (mcv) (Entered: 06/02/2023) |
| 06/22/2023 | 109 | Minute Entry for proceedings held before Judge Silvia L. Carreno–Coll: Final Hearing re Revocation of Supervised Release as to Jose Gonzalez–Melendez (1) held on 6/22/2023. Present were AUSA Jorge L. Matos, AFPD Laura I. Soto–Santiago and USPO Rosangela Lugo. The defendant was present, under conditions of supervised release and assisted by the Court Interpreter. The government moved for revocation. Defense counsel did not contest the violations, as so informed by the USPO. Defense counsel and the government were heard. USPO Lugo was heard. Defendant's allocution heard. After hearing the parties, the Court revoked defendant's supervised release term in both cases. IMPR: Time served. SRT: Fourteen (14) months under the same conditions of supervision imposed on February 1, 2021, and two additional conditions stated for the record. The defendant shall complete his current in–patient treatment at Guara Bi. The defendant was advised of his right to appeal. All terms and conditions are specified in the judgment form.  (Court Reporter Evilys Carrion.) Hearing set for 01:30. Hearing held at 01:54. Hearing ended at 02:15. Interpreter Leilanie Solis. (ram) (Entered: 06/26/2023) |
| 06/22/2023 | 110 | JUDGMENT ON REVOCATION as to Jose Gonzalez–Melendez (1), IMPR: Time served. SRT: Fourteen (14) months under the same conditions of supervision imposed on February 1, 2021, and two additional conditions.  Signed by Judge Silvia L. Carreno–Coll on 6/22/2023.(ram) (Entered: 06/26/2023) |

| 06/26/2023 | 111 | MOTION to Withdraw as Attorney by Jorge L. Matos. by USA as to Jose Gonzalez–Melendez (1). Responses due by 7/10/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Matos, Jorge) (Entered: 06/26/2023) |
|---|---|---|
| 06/26/2023 | 112 | ORDER granting 111 Motion to Withdraw as Attorney. AUSA Jorge L. Matos is deemed withdrawn from the case as to Jose Gonzalez–Melendez (1).  Signed by Judge Silvia L. Carreno–Coll on 6/26/2023. (mcv) (Entered: 06/26/2023) |
| 06/30/2023 | 113 | MOTION to Withdraw as Attorney by Laura Soto Santiago. by Jose Gonzalez–Melendez (1). Responses due by 7/14/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Soto–Santiago, Laura) (Entered: 06/30/2023) |
| 07/06/2023 | 114 | ORDER granting 113 Motion to Withdraw as Attorney. Attorney Laura I. Soto–Santiago is deemed withdrawn from the case as to Jose Gonzalez–Melendez (1). Signed by Judge Silvia L. Carreno–Coll on 7/6/2023. (mcv) (Entered: 07/06/2023) |
| 01/23/2024 | 115 | Supervised Release Transferred to District of Connecticut as to Jose Gonzalez–Melendez (1). T (ecc) (Entered: 01/24/2024) |
| 01/23/2024 | 116 | Transfer of Documents from the U.S. District Court for the District of Puerto Rico TO District of Connecticut of a Transfer of Jurisdiction as to Jose Gonzalez–Melendez (1). *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (Attachments: # 1 Redacted Indictment, # 2 Judgment) (ecc) (Entered: 01/24/2024) |

RECEIVED AND FILED
2019 OCT 25 PM 1:50
CLERK'S OFFICE
U.S. DISTRICT COURT
PR

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br><br>v.<br><br><br><br><br>[1] JOSE GONZALEZ-MELENDEZ,<br>[2] ALEX CATALA-AGUAYO,<br>Defendant(s). | **SUPERSEDING INDICTMENT**<br><br>CRIMINAL NO. 19-291 (GAG)<br><br>**VIOLATION:**<br>18 U.S.C. § 922(o)<br>18 U.S.C. § 922(g)(3)<br><br>**FORFEITURE**<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br><br>**TWO COUNTS** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Possession of a Machinegun**

On or about April 26, 2019, in the District of Puerto Rico and within the jurisdiction of this

Court, the defendant,

**[1] JOSE GONZALEZ-MELENDEZ,**

did knowingly possess a machinegun, that is, a Glock pistol, model 23, .40 caliber, bearing serial

number SFR597, that had been modified so that it was capable of firing automatically more than

one shot, without manual reloading, by a single function of the trigger, in violation of 18 U.S.C.

§§ 922(o) and 924(a)(2).

1

<u>**COUNT TWO**</u>
**Possession of a Firearm and Ammunition by a Prohibited Person (Drug User)**

On or about April 26, 2019, in the District of Puerto Rico and within the jurisdiction

of this Court, the defendants,

**[1] JOSE GONZALEZ-MELENDEZ,**
**[2] ALEX CATALA-AGUAYO,**

aiding and abetting each other, knowing being unlawful users of a controlled substance as defined

in 21 U.S.C. § 802, did knowingly possess in and affecting interstate and foreign commerce, a

firearm, that is, a Glock pistol, model 23, .40 caliber, bearing serial number SFR597 and 91 rounds

of ammunition, said firearm and ammunition having been shipped and transported in interstate and

foreign commerce.   All in violation of 18 U.S.C. §§ 2, 922(g)(3), and 924(a)(2).

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION

The allegations contained in Counts One and Two of this superseding indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).   Upon conviction of the offenses set forth in either Counts One and Two of this superseding indictment, the defendants, **JOSE GONZALEZ-MELENDEZ** and **ALEX CATALA-AGUAYO**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: a Glock pistol, model 23, .40 caliber, bearing serial number SFR597, five magazines and 91 rounds of ammunition.

TRUE BILL

**FOREPERSON**
Date: 10-17-23

**W. STEPHEN MULDROW**
United States Attorney

**Myriam Y. Fernández-González**
Assistant U.S. Attorney
Chief, Criminal Division

**Victor O. Acevedo-Hernandez**
Assistant U.S. Attorney
Deputy Chief, Firearms Unit

**Pedro R. Casablanca**
Assistant U.S. Attorney

3

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Puerto Rico

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| | ) | Case Number:  3:19-CR-291-01 (GAG) |
| JOSE GONZALEZ-MELENDEZ | ) | USM Number:  52541-069 |
| | ) | |
| | ) | AFPD Victor Gonzalez |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   One and Two of the Superseding Indictment on 10/2/2020.

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:922(o) & 924(a)(2) | Possession of a machinegun. | 4/26/2019 | 1s |
| 18: 922(g)(3) & 2 | A/A Possession of a firearm by a prohibited person: drug user. | 4/26/2019 | 2s |

      The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/1/2021
_____
Date of Imposition of Judgment

s/ Gustavo A. Gelpi
_____
Signature of Judge

Gustavo A. Gelpi, US District Judge
_____
Name and Title of Judge

2/1/2021
_____
Date

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __7__

DEFENDANT: JOSE GONZALEZ-MELENDEZ
CASE NUMBER: 3:19-CR-291-01 (GAG)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Time Served.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 3 — Supervised Release
_____

                                                              Judgment—Page   3   of   7   _____

DEFENDANT:     JOSE GONZALEZ-MELENDEZ
CASE NUMBER:   3:19-CR-291-01 (GAG)

                              **SUPERVISED RELEASE**

Upon release from imprisonment, you will be on supervised release for a term of:

 Three (3) years.

                            **MANDATORY CONDITIONS**

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from
    imprisonment and at least two periodic drug tests thereafter, as determined by the court.
          ☐ The above drug testing condition is suspended, based on the court's determination that you
             pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of
       restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as
       directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you
       reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached
page.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3A — Supervised Release

| | Judgment—Page | 4 | of | 7 |

DEFENDANT:   JOSE GONZALEZ-MELENDEZ
CASE NUMBER: 3:19-CR-291-01 (GAG)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 3D — Supervised Release

DEFENDANT: JOSE GONZALEZ-MELENDEZ
CASE NUMBER: 3:19-CR-291-01 (GAG)

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall not commit another federal, state, or local crime, and shall observe the standard conditions of supervised release recommended by the United States Sentencing Commission and adopted by this Court.

2. The defendant shall not unlawfully possess controlled substances, firearms, destructive devices, and other dangerous weapons.

3. The defendant shall provide access to all financial information upon request.

4. The defendant shall participate in an approved substance abuse monitoring and/or treatment services program. The defendant shall refrain from the unlawful use of controlled substances and submit to a drug test within fifteen (15) days of release; thereafter, submit to random drug testing, no less than three (3) samples during the supervision period and not to exceed 104 samples per year accordance with the Drug Aftercare Program Policy of the U.S. Probation Office approved by this Court. If deemed necessary, the treatment will be arranged by the officer in consultation with the treatment provider. The defendant is required to contribute to the cost of services rendered (co-payment) in an amount arranged by the Probation Officer based on the ability to pay or availability of third party payment.

5. The defendant shall cooperate in the collection of a DNA sample as directed by the Probation Officer, pursuant to the Revised DNA Collection Requirements, and Title 18, U.S. Code Section 3563(a)(9).

6. The defendant shall submit his person, property, house, vehicle, papers, computers (as defined in 18 U.S.C. Section 1030(e)(1)), other electronic communication or data storage devices, and media, to a search conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __6__ of __7__

DEFENDANT: JOSE GONZALEZ-MELENDEZ
CASE NUMBER: 3:19-CR-291-01 (GAG)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 200.00 | $ | $ | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the ☐ fine ☐ restitution.

    ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __7__ of __7__

DEFENDANT:  JOSE GONZALEZ-MELENDEZ
CASE NUMBER:  3:19-CR-291-01 (GAG)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __200.00__ due immediately, balance due

     ☐ not later than _____ , or
     ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Case Number
Defendant and Co-Defendant Names
(including defendant number)     Total Amount     Joint and Several Amount     Corresponding Payee, if appropriate

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
A Glock pistol, model 23, .40 caliber, bearing serial number SFR597, five magazines and 91 rounds of ammunition.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of Puerto Rico

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |

Jose GONZALEZ-MELENDEZ

Case No. 3:19-cr-00291-SCC-1

USM No. 52541-069

AFPD Laura I. Soto-Santiago
_____
Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s) ___See below___ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition No. 1 | You must not commit another federal, state or local crime. | 01/04/2023 |
| Mandatory Condition No. 2 | You must not unlawfully possess a controlled substance. | 01/04/2023 |
| Mandatory Condition No. 3 | "You must refrain from any anlawful use of a controlled substance..." | 01/04/2023 |
| Special Condition No. 1 | "The defendant shall not commit another federal, state, or local crime..." | 01/04/2023 |

The defendant is sentenced as provided in pages 3 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

06/22/2023
_____
Date of Imposition of Judgment

s/ Silvia L. Carreno-Coll
_____
Signature of Judge

Silvia L. Carreno-Coll, US District Judge
_____
Name and Title of Judge

06/22/2023
_____
Date

AO 245D (Rev. 02/18)  Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page  2  of  5

DEFENDANT:  Jose GONZALEZ-MELENDEZ
CASE NUMBER: 3:19-cr-00291-SCC-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Time served.

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
                        Sheet 3 — Supervised Release

DEFENDANT:    Jose GONZALEZ-MELENDEZ
CASE NUMBER:  3:19-cr-00291-SCC-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

 Fourteen (14) months under the same conditions of supervision imposed on February 1, 2021, and two additional
 conditions.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release
    from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
        ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future
        substance abuse. *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of
        restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.)
        as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location
        where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*


You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the
attached page.

AO 245D (Rev. 02/18)     Judgment in a Criminal Case for Revocations
                         Sheet 3A — Supervised Release

Judgment—Page __4__ of __5__

DEFENDANT:     Jose GONZALEZ-MELENDEZ
CASE NUMBER:   3:19-cr-00291-SCC-1

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
                    Sheet 3D — Supervised Release

Judgment—Page   5   of   5  

DEFENDANT:   Jose GONZALEZ-MELENDEZ
CASE NUMBER: 3:19-cr-00291-SCC-1

### SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall be placed in a residential treatment program as arranged by the U.S. Probation Office. He shall remain in the program until he is successfully discharged by the provider and the U.S. Probation Office.

2. The defendant shall participate in an approved mental health treatment program for evaluation and/or treatment services determination. If deemed necessary, the treatment will be arranged by the officer in consultation with the treatment provider; the modality, duration, and intensity of treatment will be based on the risks and needs identified. The defendant will contribute to the costs of services rendered by means of co-payment, based on his/her ability to pay or the availability of third party payment.